■ JESSICA SORENSON et al., Appellants, v TAYLOR'S SUPERMARKET, LTD., et al., Respondents, et al., Defendants. [757 NYS2d 438] —Orders, Supreme Court, Bronx County (Alan Saks, J.), entered on or about January 2, 2001, which granted defendants-respondents' respective motions for summary judgment, unanimously affirmed, without costs.

Although plaintiffs allege that the complained-of accident was attributable to a negligently designed parking lot, defendant Taylor's Supermarket, in support of its summary judgment motion, demonstrated that the parking lot in question was, at the time of the accident, in compliance with all applicable statutes, rules and regulations, and with the standards promulgated by the American Society for Testing and Materials for concrete barriers, and the conclusory responding affidavit of plaintiff's expert was insufficient to raise a triable issue as to negligence (see *Detko v McDonald's Rests.*, 198 AD2d 208 [1993]). Concur—Nardelli, J.P., Andrias, Saxe, Ellerin and Lerner, JJ.

■ GAN NATIONAL INSURANCE COMPANY, Appellant, v CITY OF NEW YORK, Respondent. [757 NYS2d 430] —Order and judgment (one paper), Supreme Court, New York County (Michael Stallman, J.), entered on or about February 13, 2002, unanimously affirmed for the reasons stated by Stallman, J., without costs or disbursements. Appeal from order, same court and Justice, entered August 26, 2002, unanimously dismissed, without costs or disbursements, as taken from a nonappealable order. No opinion. Concur—Tom, J.P., Mazzarelli, Ellerin, Lerner and Marlow, JJ.